UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Roland W. Tremblay, Jr. | ) | |
| Lisa J. Tremblay | ) | Chapter 7 |
| Debtors | ) | Case No. 19-40372-CJP |
| | ) | |
| | ) | |

**MOTION TO AMEND MATRIX TO ADD CREDITOR**

NOW COMES the Debtors, Roland Tremblay and Lisa Tremblay, and moves this Honorable Court to allow Debtors to amend Schedule E/F, Decl, Sum and Matrix to amend schedules to add additional unsecured debt amount of $2,082.12 and to add the creditor of this amount as follows:

Imperial PFS
GB Collects, LLC
1253 Haddonfield Berlin Rd
Vororhees, NJ 08043-4847

The required fee has been paid, the amended matrix and separate list of the name and address of the added creditor in compliance with MLBR Official Local Form 1 is attached and incorporated herein by reference.

Wherefore, the Debtor respectfully requests that this Honorable Court grant this Motion to Amend.

| Debtors | Debtors, by their Attorney, |
|---|---|
| /s/ Roland W. Tremblay, Jr. | /s/Ginger B. Kelly |
| Roland W. Tremblay, Jr. | Ginger B. Kelly, Esq. BBO #568727 |
| Date: 04/15/2019 | The Law Offices of Ginger B. Kelly |
| | 167 Carpenter Hill Road |
| /s/ Lisa J. Tremblay | Charlton, MA 01507 |
| Lisa J. Tremblay | Phone: (508) 784-1014 |
| Date: 04/15/2019 | AttorneyGingerKelly@gmail.com |
| | Date: 04/15/2019 |

## CERTIFICATE OF SERVICE

I, Ginger B. Kelly, hereby certify that on this date I caused to be served a copy of the Debtors Motion To Amend Matrix To Add Creditor by first class mail, postage prepaid, unless otherwise indicated, upon those on the attached list.

Dated: 04/15/2019                                                    /s/Ginger B. Kelly

Imperial PFS
GB Collects, LLC 1253 Haddonfield Berlin Rd
Voorhees, NJ  08043-4847

Via ECF:

    a) Office of the US Trustee
    b) Ann J. White, Trustee